UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERTO RAMIREZ, | No. 2:18-cv-1910-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CORT FURNITURE RENTAL, | |
| Defendant. | |

The parties jointly request amendment of the scheduling order and continuance of the April 11, 2019 mid-discovery status conference. ECF No. 18. Good cause appearing, the scheduling order is amended as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery completion deadline | July 3, 2019 | October 3, 2019 |
| Mid-discovery status conference | April 11, 2019 at 2:30 p.m. | May 23, 2019 at 2:30 p.m. |
| Expert witness disclosure deadline | June 19, 2019 | September 19, 2019 |
| Expert rebuttal deadline | July 3, 2019 | October 3, 2019 |
| Expert discovery completion deadline | September 4, 2019 | December 4, 2019 |
| Dispositive motion hearing deadline | June 28, 2019 | September 20, 2019 |

This amendment does not alter any other portions of the scheduling order.

IT IS SO ORDERED.

DATED: April 5, 2019.

_____
UNITED STATES DISTRICT JUDGE