UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERTO RAMIREZ, | No. 2: 18-cv-01910 KJM KJN |
| --- | --- |
| Plaintiff, | |
| v. | AMENDMENT TO THE SCHEDULING ORDER |
| CORT FURNITURE RENTAL, | |
| Defendants. | |

The parties jointly request (ECF No. 34) to amend dates in the amended scheduling order (ECF No. 32). The parties request this extension to allow the VDRP session to take place and to explore the possibility of settlement before they brief a summary judgment motion. Good cause appearing, the court GRANTS this request, as follows:

| **Description** | **Existing Date** | **New Date** |
| --- | --- | --- |
| All Dispositive Motions Hearing Date | December 20, 2019 | April 24, 2020 |

This amendment does not alter any other portions of the amended scheduling order (ECF No. 32).

IT IS SO ORDERED.

DATED: January 7, 2020.

_____
UNITED STATES DISTRICT JUDGE

1